## JOHNNYCAKE MOUNTAIN ASSOCIATES *v.* LANA M. OCHS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 104 Conn. App. 194 (AC 27440), is denied.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the petition.

*Derek V. Oatis*, in opposition.

Decided March 6, 2008

## STATE OF CONNECTICUT *v.* VICENTE ROSA

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 374 (AC 28186), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided March 6, 2008